STATE OF CONNECTICUT *v.* WILLIAM W. MULVEY

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Sidney Vogel,* in support of the petition.

Submitted June 21—decided July 6, 1965

WILLIAM J. RILEY ET AL. *v.* LIQUOR CONTROL COMMISSION

HARRY F. PRESTON ET AL. *v.* LIQUOR CONTROL COMMISSION

The petition by Daniel E. Brennan, Jr., and James J. A. Daly for leave to file a brief and to argue before this court as amicus curiae is granted to the extent of filing a brief.

The motion by the petitioners for permission to intervene as parties defendant in the appeal from the Court of Common Pleas in Hartford County is denied.

*Daniel E. Brennan, Jr.,* in support of the motion.